**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:15-CR-365 |
| | : | |
| Plaintiff, | : | JUDGE CHRISTOPHER A. BOYKO |
| | : | |
| -vs- | : | |
| | : | **NOTICE OF DEFENDANT'S REQUEST** |
| PAUL RODAK, | : | **FOR COMPASSIONATE RELEASE TO** |
| | : | **THE BUREAU OF PRISONS** |
| | : | |
| Defendant. | : | |

Now comes the defendant, Paul Rodak, and provides notice to this Court that he has formally requested the Bureau of Prisons file a motion for compassionate release on his behalf. Mr. Rodak is 62 years old and has already over eight months of his 23-month sentence. Mr. Rodak was recently diagnosed by the Bureau of Prisons as having stage four colon cancer. Under 18 U.S.C. § 3582(c)(1), this Court is empowered with the ability to grant a compassionate release if warranted under the statutory sentencing factors set forth in 18 U.S.C. § 3553(a) or in other extraordinary or compelling cases. However, under § 3582(c)(1)(A), neither Mr. Rodak nor his attorney can petition this Court; instead, such a request for compassionate release can only be made to this Court by the Director of the Bureau of Prisons.

On February 5, 2018, Mr. Rodak has submitted a formal request to the Director of Bureau of Prisons, Mark S. Inch. A copy was also sent to the Warden of FMC Butner, Jesse James, the Warden for the institution in which Mr. Rodak resides. This request includes a twelve-page memorandum outlining why Mr. Rodak qualifies for a compassionate release under the legal standards set forth in 18 U.S.C. § 3582(c)(1)(A) and the relevant program statements issued by the Department of Justice.

1

The memorandum also includes six exhibits totaling 109 pages detailing Mr. Rodak's medical issues and treatment. Mr. Rodak does not include a copy of this memorandum with this notice, because it contains information that cannot be placed on the public docket; however, if this Court would like a copy of the memorandum, the undersigned will promptly provide it to the Court. The undersigned will also provide this Court with any status update as to Mr. Rodak's request.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS
Assistant Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856
Facsimile: (216) 522-4321
jeffrey_lazarus@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS (#0079525)
Assistant Federal Public Defender